UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY JAMES HENSON, | Case No.: 10-CV-00794-LHK |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| EMBASSY SUITES HOTEL, SHAWN MILBURN, SANDY BARTU, WIL HAWKINS, GYAN PATASH and DOES 1 through 20, | |
| Defendant(s). | |

A case management conference was held on August 24, 2010. The case is hereby referred for a Magistrate Judge Settlement Conference. A further case management conference is set for December 1, 2010, at 2 p.m.

**IT IS SO ORDERED.**

Dated: August 24, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00794
CASE MANAGEMENT ORDER