UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY JAMES HENSON,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EMBASSY SUITES HOTEL, SHAWN MILBURN, SANDY BARTU, WIL HAWKINS, GYAN PATASH and DOES 1 through 20,<br><br>　　　　　　Defendants. | Case No.: 10-CV-00794-LHK<br><br>ORDER REGARDING NOTICE OF SETTLEMENT |

On October 13, 2010, Defendant Embassy Suites Hotel filed a notice stating that the parties have entered into a settlement agreement and requesting that the Court dismiss this action with prejudice as to all parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. In this case, the notice of settlement is signed only by attorneys for Defendant Embassy Suites. Accordingly, the Court directs the parties to file a revised notice of settlement signed by all the parties who have appeared in this action.

**IT IS SO ORDERED.**

Dated: October 19, 2010

_____
LUCY H. KOH
United States District Judge